### ROSS v. SILVERMAN.

(Supreme Court, Appellate Term. October 15, 1898.)

MONEY PAID—VOLUNTEERS.
　　One paying insurance premiums for another without his authority cannot recover the payments of the latter.

Appeal from Sixth district court.

Action by Francis H. Ross against Israel Silverman. There was a judgment for plaintiff, and defendant appeals. Reversed.

Argued before BEEKMAN, P. J., and GILDERSLEEVE and GIEGERICH, JJ.

J. L. Weinberg, for appellant.
Ryan & Richards, for respondent.

PER CURIAM. There is no evidence tending to show that the plaintiff had any authority from the defendant to pay the premiums of insurance for him to recover which this action is brought. The judgment must therefore be reversed.

Judgment reversed, and new trial ordered, with costs to the appellant to abide the event.